# LOCAL BANKRUPTCY FORM 1007-1(c)

## United States Bankruptcy Court
### Middle District of Pennsylvania

In re  **Chris Dean Blasser**
**Anita M Blasser**
Debtor(s)

Case No.  **1:18-bk-03405**
Chapter  **13**

## CERTIFICATION OF NO PAYMENT ADVICES
### pursuant to 11 U.S.C. § 521(a)(1)(B)(iv)

I, __Anita M Blasser__, hereby certify that within sixty (60) days before the date of filing the above-captioned bankruptcy petition, I did not receive payment advices (e.g. "pay stubs"), as contemplated by 11 U.S.C. §521(a)(1)(B)(iv), **from any source of employment**. I further certify that I received no payment advices during that period because:

- ☐ I have been unable to work due to a disability throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

- ☑ I have received no regular income other than Social Security payments throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

- ☐ My sole source of regular employment income throughout the sixty (60) days immediately preceding the date of the above-captioned petition has been through self-employment from which I do not receive evidence of wages or a salary at fixed intervals.

- ☐ I have been unemployed throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

- ☐ I did not receive payment advices due to factors other than those listed above. (Please explain) __

I certify under penalty of perjury that the information provided in this certification is true and correct to the best of my knowledge and belief.

Date:  **September 5, 2018**

/s/ Anita M Blasser
**Anita M Blasser**
Joint Debtor



The ESAB Group Inc.

| Name | Address | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Chris Blasser | 5756 York Road<br>Spring Grove, PA 17362<br>+1 (717) 6378911 | E00000147 | 06/24/2018 | 06/30/2018 | 07/06/2018 | |

| | Gross Pay | Pre Tax Deductions | Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 897.20 | 65.56 | 216.05 | 110.52 | 505.07 |
| YTD | 23,860.99 | 1,720.05 | 5,632.95 | 1,913.08 | 14,594.91 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Hourly | 06/24/2018-06/30/2018 | 40.00 | 22.03 | 881.20 | 17,154.77 |
| Shift Differential | 06/24/2018-06/30/2018 | 40.00 | 0.40 | 16.00 | 344.28 |
| Holiday | | | | | 1,409.92 |
| Misc Pay | | | | | 2,000.00 |
| OT premium | | | | | 132.18 |
| Overtime Straight | | | | | 264.36 |
| Vacation | | | | | 2,555.48 |
| **Earnings** | | **80.00** | | **897.20** | **23,860.99** |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Federal Withholding | 99.22 | 2,943.06 |
| OASDI | 68.79 | 1,415.80 |
| State Tax - PA | 26.08 | 693.04 |
| Medicare | 12.32 | 327.35 |
| City Tax - PENN | 8.50 | 225.78 |
| PA LST - PENN | 1.00 | 14.00 |
| SUI-Employee Paid - PA | 0.14 | 13.92 |
| **Employee Taxes** | **216.05** | **5,632.95** |

### Pre-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Medical | 21.67 | 585.09 |
| Employee HSA | 20.00 | 540.00 |
| 401(k) | 17.95 | 434.58 |
| Vision | 3.79 | 102.33 |
| Dental | 2.15 | 58.05 |
| **Pre-Tax Deductions** | **65.56** | **1,720.05** |

### Post-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Union Dues | 55.08 | 385.56 |
| 401K Loan (Loan1) | 27.33 | 737.91 |
| 401K Loan (Loan2) | 21.36 | 576.72 |
| Supp EE Life AD&D | 6.75 | 182.25 |
| Safety Shoes | | -29.36 |
| Supplemental Union Dues | | 60.00 |
| **Post-Tax Deductions** | **110.52** | **1,913.08** |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401(k) Employer Discretionary | 35.89 | 869.16 |
| HSA ER | 10.57 | 2,035.39 |
| **Employer Paid Benefits** | **46.46** | **2,904.55** |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| Medicare - Taxable Wages | 849.59 | 22,575.52 |
| OASDI - Taxable Wages | 849.59 | 22,835.52 |
| Federal Withholding - Taxable Wages | 831.64 | 22,140.94 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 0.00 | 0.00 |
| Additional Withholding | 10.00 | 0.00 |

### Payment Information

| Bank | Account Name | Account Number | Amount | |
|---|---|---|---|---|
| GLATCO CREDIT UNION | GLATCO CREDIT UNION ******2009 | ******2009 | 505.07 | USD |



The ESAB Group Inc.

| Name | Address | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Chris Blasser | 5756 York Road<br>Spring Grove, PA 17362<br>+1 (717) 6378911 | E00000147 | 07/01/2018 | 07/07/2018 | 07/12/2018 | |

| | Gross Pay | Pre Tax Deductions | Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 894.00 | 65.49 | 199.24 | 55.44 | 573.83 |
| YTD | 24,754.99 | 1,785.54 | 5,832.19 | 1,968.52 | 15,168.74 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Hourly | 07/01/2018-07/07/2018 | 32.00 | 22.03 | 704.96 | 17,859.73 | Federal Withholding | 98.53 | 3,041.59 |
| Holiday | 07/01/2018-07/07/2018 | 8.00 | 22.03 | 176.24 | 1,586.16 | OASDI | 52.48 | 1,468.28 |
| Shift Differential | 07/01/2018-07/07/2018 | 32.00 | 0.40 | 12.80 | 357.08 | State Tax - PA | 25.98 | 719.02 |
| Misc Pay | | | | | 2,000.00 | Medicare | 12.27 | 339.62 |
| OT premium | | | | | 132.18 | City Tax - PENN | 8.46 | 234.24 |
| Overtime Straight | | | | | 264.36 | PA LST - PENN | 1.00 | 15.00 |
| Vacation | | | | | 2,555.48 | SUI-Employee Paid - PA | 0.52 | 14.44 |
| **Earnings** | | **72.00** | | **894.00** | **24,754.99** | **Employee Taxes** | **199.24** | **5,832.19** |

| Pre-Tax Deductions | | | Post-Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Medical | 21.67 | 606.76 | 401K Loan (Loan1) | 27.33 | 765.24 |
| Employee HSA | 20.00 | 560.00 | 401K Loan (Loan2) | 21.36 | 598.08 |
| 401(k) | 17.88 | 452.46 | Supp EE Life AD&D | 6.75 | 189.00 |
| Vision | 3.79 | 106.12 | Safety Shoes | | -29.36 |
| Dental | 2.15 | 60.20 | Supplemental Union Dues | | 60.00 |
| | | | Union Dues | | 385.56 |
| **Pre-Tax Deductions** | **65.49** | **1,785.54** | **Post-Tax Deductions** | **55.44** | **1,968.52** |

| Employer Paid Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401(k) Employer Discretionary | 35.76 | 904.92 | Medicare - Taxable Wages | 846.39 | 23,421.91 |
| HSA ER | 10.57 | 2,045.96 | OASDI - Taxable Wages | 846.39 | 23,681.91 |
| | | | Federal Withholding - Taxable Wages | 828.51 | 22,969.45 |
| **Employer Paid Benefits** | **46.33** | **2,950.88** | | | |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 0.00 | 0.00 |
| Additional Withholding | 10.00 | 0.00 |

| Payment Information | | | |
|---|---|---|---|
| Bank | Account Name | Account Number | Amount |
| GLATCO CREDIT UNION | GLATCO CREDIT UNION ******2009 | ******2009 | 573.83  USD |



The ESAB Group Inc.

| Name | Address | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Chris Blasser | 5756 York Road<br>Spring Grove, PA 17362<br>+1 (717) 6378911 | E00000147 | 07/08/2018 | 07/14/2018 | 07/19/2018 | |

| | Gross Pay | Pre Tax Deductions | Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 541.52 | 58.45 | 114.95 | 65.44 | 302.68 |
| YTD | 25,296.51 | 1,843.99 | 5,947.14 | 2,033.96 | 15,471.42 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Vacation | 07/08/2018-07/14/2018 | 16.00 | 22.03 | 352.48 | 2,907.96 | Federal Withholding | 55.77 | 3,097.36 |
| Hourly | 07/08/2018-07/14/2018 | 8.00 | 22.03 | 176.24 | 18,035.97 | OASDI | 30.62 | 1,498.90 |
| Shift Differential | 07/08/2018-07/14/2018 | 24.00 | 0.40 | 9.60 | | State Tax - PA | 15.16 | 734.18 |
| Shift Differential | 07/08/2018-07/14/2018 | | | 3.20 | 369.88 | Medicare | 7.16 | 346.78 |
| Holiday | | | | | 1,586.16 | City Tax - PENN | 4.94 | 239.18 |
| Misc Pay | | | | | 2,000.00 | PA LST - PENN | 1.00 | 16.00 |
| OT premium | | | | | 132.18 | SUI-Employee Paid - PA | 0.30 | 14.74 |
| Overtime Straight | | | | | 264.36 | | | |
| Earnings | | 48.00 | | 541.52 | 25,296.51 | Employee Taxes | 114.95 | 5,947.14 |

| Pre-Tax Deductions | | | Post-Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Medical | 21.67 | 628.43 | 401K Loan (Loan1) | 27.33 | 792.57 |
| Employee HSA | 20.00 | 580.00 | 401K Loan (Loan2) | 21.36 | 619.44 |
| 401(k) | 10.84 | 463.30 | Supplemental Union Dues | 10.00 | 70.00 |
| Vision | 3.79 | 109.91 | Supp EE Life AD&D | 6.75 | 195.75 |
| Dental | 2.15 | 62.35 | Safety Shoes | | -29.36 |
| | | | Union Dues | | 385.56 |
| Pre-Tax Deductions | 58.45 | 1,843.99 | Post-Tax Deductions | 65.44 | 2,033.96 |

| Employer Paid Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401(k) Employer Discretionary | 21.67 | 926.59 | Medicare - Taxable Wages | 493.91 | 23,915.82 |
| HSA ER | 10.57 | 2,056.53 | OASDI - Taxable Wages | 493.91 | 24,175.82 |
| | | | Federal Withholding - Taxable Wages | 483.07 | 23,452.52 |
| Employer Paid Benefits | 32.24 | 2,983.12 | | | |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 0.00 | 0.00 |
| Additional Withholding | 10.00 | 0.00 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | Amount | |
| GLATCO CREDIT UNION | GLATCO CREDIT UNION ******2009 | ******2009 | 302.68 | USD |



The ESAB Group Inc.

| Name | Address | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Chris Blasser | 5756 York Road<br>Spring Grove, PA 17362<br>+1 (717) 6378911 | E00000147 | 07/15/2018 | 07/21/2018 | 07/26/2018 | |

| | Gross Pay | Pre Tax Deductions | Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 358.88 | 54.79 | 71.97 | 55.44 | 176.68 |
| YTD | 25,655.39 | 1,898.78 | 6,019.11 | 2,089.40 | 15,648.10 |

| Earnings | | | | | |
|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD |
| Hourly | 07/15/2018-07/21/2018 | 16.00 | 22.03 | 352.48 | 18,388.45 |
| Shift Differential | 07/15/2018-07/21/2018 | 16.00 | 0.40 | 6.40 | 376.28 |
| Holiday | | | | | 1,586.16 |
| Misc Pay | | | | | 2,000.00 |
| OT premium | | | | | 132.18 |
| Overtime Straight | | | | | 264.36 |
| Vacation | | | | | 2,907.96 |
| Earnings | | 32.00 | | 358.88 | 25,655.39 |

| Employee Taxes | | |
|---|---|---|
| Description | Amount | YTD |
| Federal Withholding | 34.29 | 3,131.65 |
| OASDI | 19.30 | 1,518.20 |
| State Tax - PA | 9.56 | 743.74 |
| Medicare | 4.51 | 351.29 |
| City Tax - PENN | 3.11 | 242.29 |
| PA LST - PENN | 1.00 | 17.00 |
| SUI-Employee Paid - PA | 0.20 | 14.94 |
| Employee Taxes | 71.97 | 6,019.11 |

| Pre-Tax Deductions | | |
|---|---|---|
| Description | Amount | YTD |
| Medical | 21.67 | 650.10 |
| Employee HSA | 20.00 | 600.00 |
| 401(k) | 7.18 | 470.48 |
| Vision | 3.79 | 113.70 |
| Dental | 2.15 | 64.50 |
| Pre-Tax Deductions | 54.79 | 1,898.78 |

| Post-Tax Deductions | | |
|---|---|---|
| Description | Amount | YTD |
| 401K Loan (Loan1) | 27.33 | 819.90 |
| 401K Loan (Loan2) | 21.36 | 640.80 |
| Supp EE Life AD&D | 6.75 | 202.50 |
| Safety Shoes | | -29.36 |
| Supplemental Union Dues | | 70.00 |
| Union Dues | | 385.56 |
| Post-Tax Deductions | 55.44 | 2,089.40 |

| Employer Paid Benefits | | |
|---|---|---|
| Description | Amount | YTD |
| 401(k) Employer Discretionary | 14.36 | 940.95 |
| HSA ER | 10.57 | 2,067.10 |
| Employer Paid Benefits | 24.93 | 3,008.05 |

| Taxable Wages | | |
|---|---|---|
| Description | Amount | YTD |
| Medicare - Taxable Wages | 311.27 | 24,227.09 |
| OASDI - Taxable Wages | 311.27 | 24,487.09 |
| Federal Withholding - Taxable Wages | 304.09 | 23,756.61 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 0.00 | 0.00 |
| Additional Withholding | 10.00 | 0.00 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | Amount | |
| GLATCO CREDIT UNION | GLATCO CREDIT UNION ******2009 | ******2009 | 176.68 | USD |



The ESAB Group Inc.

| Name | Address | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Chris Blasser | 5756 York Road<br>Spring Grove, PA 17362<br>+1 (717) 6378911 | E00000147 | 07/22/2018 | 07/28/2018 | 08/02/2018 | |

| | Gross Pay | Pre Tax Deductions | Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 538.32 | 58.38 | 114.21 | 120.52 | 245.21 |
| YTD | 26,193.71 | 1,957.16 | 6,133.32 | 2,209.92 | 15,893.31 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Hourly | 07/22/2018-07/28/2018 | 16.00 | 22.03 | 352.48 | 18,740.93 | Federal Withholding | 55.39 | 3,187.04 |
| Vacation | 07/22/2018-07/28/2018 | 8.00 | 22.03 | 176.24 | 3,084.20 | OASDI | 30.42 | 1,548.62 |
| Shift Differential | 07/22/2018-07/28/2018 | 24.00 | 0.40 | 9.60 | 385.88 | State Tax - PA | 15.06 | 758.80 |
| Holiday | | | | | 1,586.16 | Medicare | 7.12 | 358.41 |
| Misc Pay | | | | | 2,000.00 | City Tax - PENN | 4.91 | 247.20 |
| OT premium | | | | | 132.18 | PA LST - PENN | 1.00 | 18.00 |
| Overtime Straight | | | | | 264.36 | SUI-Employee Paid - PA | 0.31 | 15.25 |
| Earnings | | 48.00 | | 538.32 | 26,193.71 | Employee Taxes | 114.21 | 6,133.32 |

| Pre-Tax Deductions | | | Post-Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Medical | 21.67 | 671.77 | Union Dues | 55.08 | 440.64 |
| Employee HSA | 20.00 | 620.00 | 401K Loan (Loan1) | 27.33 | 847.23 |
| 401(k) | 10.77 | 481.25 | 401K Loan (Loan2) | 21.36 | 662.16 |
| Vision | 3.79 | 117.49 | Supplemental Union Dues | 10.00 | 80.00 |
| Dental | 2.15 | 66.65 | Supp EE Life AD&D | 6.75 | 209.25 |
| | | | Safety Shoes | | -29.36 |
| Pre-Tax Deductions | 58.38 | 1,957.16 | Post-Tax Deductions | 120.52 | 2,209.92 |

| Employer Paid Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401(k) Employer Discretionary | 21.54 | 962.49 | Medicare - Taxable Wages | 490.71 | 24,717.80 |
| HSA ER | 10.57 | 2,077.67 | OASDI - Taxable Wages | 490.71 | 24,977.80 |
| | | | Federal Withholding - Taxable Wages | 479.94 | 24,236.55 |
| Employer Paid Benefits | 32.11 | 3,040.16 | | | |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 0.00 | 0.00 |
| Additional Withholding | 10.00 | 0.00 |

| Payment Information | | | |
|---|---|---|---|
| Bank | Account Name | Account Number | Amount |
| GLATCO CREDIT UNION | GLATCO CREDIT UNION ******2009 | ******2009 | 245.21 USD |



The ESAB Group Inc.

| Name | Address | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Chris Blasser | 5756 York Road<br>Spring Grove, PA 17362<br>+1 (717) 6378911 | E00000147 | 07/29/2018 | 08/04/2018 | 08/09/2018 | |

| | Gross Pay | Pre Tax Deductions | Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 538.32 | 58.38 | 114.20 | 55.44 | 310.30 |
| YTD | 26,732.03 | 2,015.54 | 6,247.52 | 2,265.36 | 16,203.61 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Hourly | 07/29/2018-08/04/2018 | 24.00 | 22.03 | 528.72 | 19,269.65 | Federal Withholding | 55.39 | 3,242.43 |
| Shift Differential | 07/29/2018-08/04/2018 | 24.00 | 0.40 | 9.60 | 395.48 | OASDI | 30.43 | 1,579.05 |
| Holiday | | | | | 1,586.16 | State Tax - PA | 15.06 | 773.86 |
| Misc Pay | | | | | 2,000.00 | Medicare | 7.11 | 365.52 |
| OT premium | | | | | 132.18 | City Tax - PENN | 4.91 | 252.11 |
| Overtime Straight | | | | | 264.36 | PA LST - PENN | 1.00 | 19.00 |
| Vacation | | | | | 3,084.20 | SUI-Employee Paid - PA | 0.30 | 15.55 |
| Earnings | | 48.00 | | 538.32 | 26,732.03 | Employee Taxes | 114.20 | 6,247.52 |

| Pre-Tax Deductions | | | Post-Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Medical | 21.67 | 693.44 | 401K Loan (Loan1) | 27.33 | 874.56 |
| Employee HSA | 20.00 | 640.00 | 401K Loan (Loan2) | 21.36 | 683.52 |
| 401(k) | 10.77 | 492.02 | Supp EE Life AD&D | 6.75 | 216.00 |
| Vision | 3.79 | 121.28 | Safety Shoes | | -29.36 |
| Dental | 2.15 | 68.80 | Supplemental Union Dues | | 80.00 |
| | | | Union Dues | | 440.64 |
| Pre-Tax Deductions | 58.38 | 2,015.54 | Post-Tax Deductions | 55.44 | 2,265.36 |

| Employer Paid Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401(k) Employer Discretionary | 21.54 | 984.03 | Medicare - Taxable Wages | 490.71 | 25,208.51 |
| HSA ER | 10.57 | 2,088.24 | OASDI - Taxable Wages | 490.71 | 25,468.51 |
| | | | Federal Withholding - Taxable Wages | 479.94 | 24,716.49 |
| Employer Paid Benefits | 32.11 | 3,072.27 | | | |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 0.00 | 0.00 |
| Additional Withholding | 10.00 | 0.00 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | Amount | |
| GLATCO CREDIT UNION | GLATCO CREDIT UNION ******2009 | ******2009 | 310.30 | USD |



| Name | Address | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Chris Blasser | 5756 York Road<br>Spring Grove, PA 17362<br>+1 (717) 6378911 | E00000147 | 08/05/2018 | 08/11/2018 | 08/16/2018 | |

| | Gross Pay | Pre Tax Deductions | Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 897.20 | 65.56 | 200.31 | 55.44 | 575.89 |
| YTD | 27,629.23 | 2,081.10 | 6,447.83 | 2,320.80 | 16,779.50 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Hourly | 08/05/2018-08/11/2018 | 40.00 | 22.03 | 881.20 | 20,150.85 |
| Shift Differential | 08/05/2018-08/11/2018 | 40.00 | 0.40 | 16.00 | 411.48 |
| Holiday | | | | | 1,586.16 |
| Misc Pay | | | | | 2,000.00 |
| OT premium | | | | | 132.18 |
| Overtime Straight | | | | | 264.36 |
| Vacation | | | | | 3,084.20 |
| **Earnings** | | **80.00** | | **897.20** | **27,629.23** |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Federal Withholding | 99.22 | 3,341.65 |
| OASDI | 52.67 | 1,631.72 |
| State Tax - PA | 26.08 | 799.94 |
| Medicare | 12.32 | 377.84 |
| City Tax - PENN | 8.50 | 260.61 |
| PA LST - PENN | 1.00 | 20.00 |
| SUI-Employee Paid - PA | 0.52 | 16.07 |
| **Employee Taxes** | **200.31** | **6,447.83** |

### Pre-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Medical | 21.67 | 715.11 |
| Employee HSA | 20.00 | 660.00 |
| 401(k) | 17.95 | 509.97 |
| Vision | 3.79 | 125.07 |
| Dental | 2.15 | 70.95 |
| **Pre-Tax Deductions** | **65.56** | **2,081.10** |

### Post-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401K Loan (Loan1) | 27.33 | 901.89 |
| 401K Loan (Loan2) | 21.36 | 704.88 |
| Supp EE Life AD&D | 6.75 | 222.75 |
| Safety Shoes | | -29.36 |
| Supplemental Union Dues | | 80.00 |
| Union Dues | | 440.64 |
| **Post-Tax Deductions** | **55.44** | **2,320.80** |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401(k) Employer Discretionary | 35.89 | 1,019.92 |
| HSA ER | 10.57 | 2,098.81 |
| **Employer Paid Benefits** | **46.46** | **3,118.73** |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| Medicare - Taxable Wages | 849.59 | 26,058.10 |
| OASDI - Taxable Wages | 849.59 | 26,318.10 |
| Federal Withholding - Taxable Wages | 831.64 | 25,548.13 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 0.00 | 0.00 |
| Additional Withholding | 10.00 | 0.00 |

### Payment Information

| Bank | Account Name | Account Number | Amount | |
|---|---|---|---|---|
| GLATCO CREDIT UNION | GLATCO CREDIT UNION ******2009 | ******2009 | 575.89 | USD |

**5932009-75 CHECKING**

| Description | Debit | Credit | Balance |
|---|---|---|---|
| Purchase Amazon Video On Demand Amazon Video On De , 07-04-2018 @ 23:35 Trace #:070423355500002694 0705 | | | |
| Purchase PAYPAL *MA YUE PAYPAL *MA YUE 402-935 , 07-04-2018 @ 22:55 Trace #:070422555000095801 0705 | -$17.08 | | $1,353.48 |
| Purchase PERRYDELL FARM DAIRY INC PERRYDELL FARM DAI , 07-04-2018 @ 22:35 Trace #:070422355500010519 0705 | -$11.14 | | $1,370.56 |
| Purchase AMAZON DIGITAL SVCS 888-8 AMAZON DIGITAL SVC , 07-04-2018 @ 21:12 Trace #:070421125300029511 0705 | -$6.35 | | $1,381.70 |
| PIN Purchase MCDONALD&rsquo;S F19463 534 SHREWSBURY COM SHRE , 07-04-2018 @ 11:50 Trace #:070411500000625819 0704 | -$7.93 | | $1,388.05 |
| Purchase AMAZON DIGITAL SVCS 888-8 AMAZON DIGITAL SVC , 07-04-2018 @ 5:20 Trace #:070405204800079156 0704 | -$15.89 | | $1,395.98 |
| July 3, 2018 | | | |
| Purchase PAYPAL *REDFOXTRANS PAYPAL *REDFOXTRAN 40 , 07-02-2018 @ 23:08 Trace #:070223082000059664 0704 | -$30.00 | | $1,411.87 |
| Purchase Audible Audible adbl.co/bill N , 07-03-2018 @ 20:04 Trace #:070320041700020208 0704 | -$15.85 | | $1,441.87 |
| CRCARDPMT CAPITAL ONE CRCARDPMT , 07-02-2018 @ : 0 Trace #:051405518221564 | -$40.00 | | $1,457.72 |
| XXSOC SEC SSA TREAS 310 XXSOC SEC , 07-03-2018 @ : 0 Trace #:031736028402675 | | $986.00 | $1,497.72 |
| Purchase Amazon Video On Demand Amazon Video On De , 07-03-2018 @ 4:32 Trace #:070304322800036445 0703 | -$10.59 | | $511.72 |
| July 2, 2018 | | | |
| Purchase Amazon Video On Demand Amazon Video On De , 07-02-2018 @ 3:32 Trace #:070203322300071211 0702 | -$8.47 | | $522.31 |
| Purchase HLU*Hulu 109930671-U HLU*Hulu 109930671 H , 07-01-2018 @ 2:53 Trace #:070102535100051268 0702 | -$8.46 | | $530.78 |
| July 1, 2018 | | | |
| Purchase PAYPAL *NEWTOWNVIDE PAYPAL *NEWTOWNVID 40 , 07-01-2018 @ 23:24 Trace #:070123242400049816 0702 | -$7.64 | | $539.24 |
| | -$28.00 | | $546.88 |