United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                    Case No. 18-03405-HWV
Chris Dean Blasser                                        Chapter 13
Anita M Blasser
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: MMchugh          Page 1 of 1          Date Rcvd: Sep 07, 2018
                             Form ID: pdf010         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 09, 2018.
           +ESAB Group, Inc.,    ATTN: Human Resources,   (Diane Mann),   1500 Karen Lane,
            Hanover, PA 17331-8122

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 09, 2018                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 7, 2018 at the address(es) listed below:
           Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
           James  Warmbrodt   on behalf of Creditor   U.S. Bank National Association, as indenture trustee,
            for the CIM trust 2016-2, Mortgage-Backed Notes, Series 2016-2 bkgroup@kmllawgroup.com
           Michael John Csonka   on behalf of Debtor 2 Anita M Blasser office@csonkalaw.com,
            kwhitsel@csonkalaw.com;r48114@notify.bestcase.com
           Michael John Csonka   on behalf of Debtor 1 Chris Dean Blasser office@csonkalaw.com,
            kwhitsel@csonkalaw.com;r48114@notify.bestcase.com
           United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                    TOTAL: 5

IN THE UNITED STATES ANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                              )
                                    )
Chris Dean Blasser and              )
Anita M Blasser,                    )      Case No.  1-18-bk-03405 HWV
                                    )      Chapter 13
            Debtor(s)               )
                                    )

## ORDER OF COURT

UPON CONSIDERATION of the Debtors' Motion for Wage Attachment Order to Pay Chapter 13 Trustee, it is hereby ORDERED, ADJUDGED AND DECREED that the Motion for Wage Attachment is approved. The Debtor Husband's (last four SS#6874 Empl ID E147) employer The ESAB Group, Inc., ATTN: Human Resources (Diane Mann), 1500 Karen Lane, Hanover, PA  17331 is ordered to submit weekly payments of **$287.60 (monthly payment of $1,246.25)** to Charles J. DeHart, III, P O Box 7005, Lancaster, PA 17604 always using the case number as reference.

Dated:  September 07, 2018                By the Court,

                                          Henry W. Van Eck, Bankruptcy Judge (KB)