Certificate Number: 00437-PAM-DE-031627252

Bankruptcy Case Number: 20-03405


00437-PAM-DE-031627252

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 17, 2018, at 12:42 o'clock PM MDT, Chris Blasser completed a course on personal financial management given by internet by Black Hills Children's Ranch, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: September 17, 2018

By: /s/Kimberly Jackson

Name: Kimberly Jackson

Title: Accredited Financial Counselor