Certificate Number: 00437-PAM-DE-031627253

Bankruptcy Case Number: 20-03405


00437-PAM-DE-031627253

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on <u>September 17, 2018</u>, at <u>12:42</u> o'clock <u>PM MDT</u>, <u>Anita Blasser</u> completed a course on personal financial management given <u>by internet</u> by <u>Black Hills Children's Ranch, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>September 17, 2018</u>      By:   <u>/s/Kimberly Jackson</u>

                                                            Name: <u>Kimberly Jackson</u>

                                                            Title: <u>Accredited Financial Counselor</u>