```
                                 United States Bankruptcy Court
                                 Middle District of Pennsylvania
In re:                                                                                  Case No. 18-03405-HWV
Chris Dean Blasser                                                                      Chapter 13
Anita M Blasser
         Debtors                       CERTIFICATE OF NOTICE
District/off: 0314-1           User: MMchugh                Page 1 of 2                 Date Rcvd: Sep 24, 2018
                               Form ID: ntcnfhrg            Total Noticed: 44


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 26, 2018.
db/jdb         +Chris Dean Blasser,   Anita M Blasser,    5756 York Rd,   Spring Grove, PA 17362-8052
5096346        +American National Bank/G,   1797 NE Expressway,   Atlanta, GA 30329-7803
5096347        +Breg Inc,   P O Box 1259,   Dept #132849,   Oaks, PA 19456-1259
5096348        +Bureaus Investment Group,   C/O Stoneleigh Recovery Assocs,   P O Box 1479,
                 Lombard, IL 60148-8479
5096352        +Central Medical Equipment Co,   DBA Dynamic Healthcare Svcs,   35 Sarhelm Rd,
                 Harrisburg, PA 17112-3339
5096353        +Comenity Capital Bank,   C/O American Coradius International,   2420 Sweet Home Rd Ste 150,
                 Buffalo, NY 14228-2244
5096354        +Commercial Acceptance Co,   2300 Gettysburg Rd,   Ste 102,   Camp Hill, PA 17011-7303
5096355        +D&A Services,   1400 E Touchy Ave,   Ste G2,   Des Plaines, IL 60018-3338
5096356        +ERC,   P O Box 23870,   Jacksonville, FL 32241-3870
5109996       ++FORD MOTOR CREDIT COMPANY,   P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
               (address filed with court: Ford Motor Credit Company LLC,    Dept. 55953,   PO Box 55000,
                 Detroit, MI. 48255-0953)
5096357        +Ford Motor Credit,   P O Box 542000,   Omaha, NE 68154-8000
5096358        +Gettysburg Hospital,   147 Gettys St,   Gettysburg, PA 17325-2536
5096364        +North Shore Agency,   270 Spagnoli Rd,   Ste 110,   Melville, NY 11747-3515
5096366        +Penn State Hershey Medical Center,   C/O Bureau of Acct Mgmt,   3607 Rosemont Ave Ste 502,
                 Camp Hill, PA 17011-6943
5096367        +Pressler and Pressler,   7 Entin Rd,   Parsippany, NJ 07054-5020
5096368        +Psychological Assocs of PA,   2647 Carnegie Rd,   York, PA 17402-3786
5096375        +SYNCB/Home Design C/O Second Round,   Taurus Law Group,   100 Cummings Ctr Ste 246P,
                 Beverly, MA 01915-6117
5104884        +Santander Bank, N.A.,   450 Penn Street,   MC 10-421-MC3,   Reading, PA 19602-1011
5096369        +Sears,   P O Box 6282,   Sioux Falls, SD 57117-6282
5096371        +Select Portolio Servicing,   10401 Deerwood Park Blvd,   Jacksonville, FL 32256-5007
5096379        +TD Bank USA/Target Credit,   P O Box 673,   Minneapolis, MN 55440-0673
5096380        +THD/CBSD,   P O Box 6497,   Sioux Falls, SD 57117-6497
5096381        +Time Life/Star Vista,   C/O North Shore Agency,   270 Spagnoli Rd Ste 110,
                 Melville, NY 11747-3515
5096383        +York Hospital,   PO Box 15124,   1001 S George St,   York, PA 17403-3645

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5096349        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 24 2018 19:33:45     Capital One,
                 P O Box 30281,   Salt Lake City, UT 84130-0281
5096350        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 24 2018 19:34:41
                 Capital One Bank USA NA,   P O Box 30281,   Salt Lake City, UT 84130-0281
5096351        +E-mail/Text: bkr@cardworks.com Sep 24 2018 19:20:32     Carson Smithfield LLC,   P O Box 9216,
                 Old Bethpage, NY 11804-9016
5096943        +E-mail/Text: bankruptcy@cavps.com Sep 24 2018 19:21:27     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
5096359        +E-mail/Text: bankruptcy@greenskycredit.com Sep 24 2018 19:20:39     Green Sky Loan Services,
                 P O Box 935427,   Atlanta, GA 31193-5427
5096360        +E-mail/Text: julie.baugher@pinnaclehealth.org Sep 24 2018 19:20:40     Hanover Hospital,
                 300 Highland Ave,   Hanover, PA 17331-2203
5108510         E-mail/Text: bkr@cardworks.com Sep 24 2018 19:20:32     MERRICK BANK,
                 Resurgent Capital Services,   PO Box 10368,   Greenville, SC 29603-0368
5096362        +E-mail/Text: bkr@cardworks.com Sep 24 2018 19:20:32     Merrick Bank,   P O Box 9201,
                 Old Bethpage, NY 11804-9001
5096361        +E-mail/Text: bkr@cardworks.com Sep 24 2018 19:20:32     Merrick Bank,   P O Box 1500,
                 Draper, UT 84020-1500
5096363        +E-mail/Text: bankruptcydpt@mcmcg.com Sep 24 2018 19:21:13     Midland Funding LLC,
                 2365 Northside Dr,   Ste 300,   San Diego, CA 92108-2709
5096365         E-mail/Text: paparalegals@pandf.us Sep 24 2018 19:21:45     Patenaude & Felix APC,
                 213 E Main St,   Carnegie, PA 15106
5096669        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 24 2018 19:34:41
                 PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
5096372         E-mail/Text: appebnmailbox@sprint.com Sep 24 2018 19:21:12     Sprint,   P O Box 4191,
                 Carol Stream, IL 60197
5096374        +E-mail/PDF: gecsedi@recoverycorp.com Sep 24 2018 19:33:41     SYNCB/Amazon,   PO Box 965060,
                 Bankruptcy Dept,   Orlando, FL 32896-5060
5096376        +E-mail/PDF: gecsedi@recoverycorp.com Sep 24 2018 19:34:38     SYNCB/Lowes,   P O Box 965005,
                 Orlando, FL 32896-5005
5096377        +E-mail/PDF: gecsedi@recoverycorp.com Sep 24 2018 19:34:10     SYNCB/PayPal,   P O Box 965005,
                 Orlando, FL 32896-5005
5096378        +E-mail/PDF: gecsedi@recoverycorp.com Sep 24 2018 19:34:38     SYNCB/Wolf Furniture,
                 P O Box 96060,   Bankruptcy Dept,   Orlando, FL 32896-0001
5108814        +E-mail/Text: bankruptcy@sccompanies.com Sep 24 2018 19:20:33     Stoneberry,
                 c/o Creditors Bankruptcy Service,   P.O. Box 800849,   Dallas, TX 75380-0849
5096373        +E-mail/Text: bankruptcy@sccompanies.com Sep 24 2018 19:20:33     Stoneberry,   P O Box 2820,
                 Monroe, WI 53566-8020
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
5096382          +E-mail/Text: bnc-bluestem@quantum3group.com Sep 24 2018 19:21:36       Webbank/Fingerhut,
                  6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
                                                                                                TOTAL: 20

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*              +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5096370         ##+Second Round LP,   4150 Freidrich Lane Ste I,    Austin, TX 78744-1052
                                                                                            TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2018                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 24, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor   U.S. Bank National Association, as indenture trustee,
               for the CIM trust 2016-2, Mortgage-Backed Notes, Series 2016-2 bkgroup@kmllawgroup.com
              Michael John Csonka    on behalf of Debtor 2 Anita M Blasser office@csonkalaw.com,
               kwhitsel@csonkalaw.com;r48114@notify.bestcase.com
              Michael John Csonka    on behalf of Debtor 1 Chris Dean Blasser office@csonkalaw.com,
               kwhitsel@csonkalaw.com;r48114@notify.bestcase.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Chris Dean Blasser,<br>**Debtor 1**<br>Anita M Blasser,<br>**Debtor 2** | Chapter 13<br><br>Case No. 1:18–bk–03405–HWV |

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**October 31, 2018** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court<br>Ronald Reagan Federal Building,<br>Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets,<br>Harrisburg, PA 17101 | Date: November 7, 2018<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101–1737<br>(717) 901–2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: MMchugh, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: September 24, 2018 |

ntcnfhrg (03/18)