United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Chris Dean Blasser  
Anita M Blasser  
    Debtors

Case No. 18-03405-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3  
Date Rcvd: Oct 12, 2023      Form ID: 3180W      Total Noticed: 52

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Chris Dean Blasser, Anita M Blasser, 5756 York Rd, Spring Grove, PA 17362-8052 |
| cr | | BUREAUS INVESTMENT GROUP PORTFOLIO NO 15, LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5096346 | + | American National Bank/G, 1797 NE Expressway, Atlanta, GA 30329-7803 |
| 5096347 | + | Breg Inc, P O Box 1259, Dept #132849, Oaks, PA 19456-1259 |
| 5096348 | + | Bureaus Investment Group, C/O Stoneleigh Recovery Assocs, P O Box 1479, Lombard, IL 60148-8479 |
| 5120638 | | Bureaus Investment Group Portfolio No 15 LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5096352 | + | Central Medical Equipment Co, DBA Dynamic Healthcare Svcs, 35 Sarhelm Rd, Harrisburg, PA 17112-3339 |
| 5096358 | + | Gettysburg Hospital, 147 Gettys St, Gettysburg, PA 17325-2536 |
| 5096366 | + | Penn State Hershey Medical Center, C/O Bureau of Acct Mgmt, 3607 Rosemont Ave Ste 502, Camp Hill, PA 17011-6943 |
| 5096368 | + | Psychological Assocs of PA, 2647 Carnegie Rd, York, PA 17402-3786 |
| 5096375 | + | SYNCB/Home Design C/O Second Round, Taurus Law Group, 100 Cummings Ctr Ste 246P, Beverly, MA 01915-6117 |
| 5096381 | + | Time Life/Star Vista, C/O North Shore Agency, 270 Spagnoli Rd Ste 110, Melville, NY 11747-3515 |
| 5096383 | + | York Hospital, PO Box 15124, 1001 S George St, York, PA 17403-3645 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5096349 | + | EDI: CAPITALONE.COM | Oct 12 2023 22:36:00 | Capital One, P O Box 30281, Salt Lake City, UT 84130-0281 |
| 5096350 | + | EDI: CAPITALONE.COM | Oct 12 2023 22:36:00 | Capital One Bank USA NA, P O Box 30281, Salt Lake City, UT 84130-0281 |
| 5096351 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 12 2023 18:40:17 | Carson Smithfield LLC, P O Box 9216, Old Bethpage, NY 11804-9016 |
| 5096943 | + | Email/Text: bankruptcy@cavps.com | Oct 12 2023 18:31:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 5096353 | ^ | MEBN | Oct 12 2023 18:31:22 | Comenity Capital Bank, C/O American Coradius International, 2420 Sweet Home Rd Ste 150, Buffalo, NY 14228-2244 |
| 5096354 | + | Email/Text: dylan.succa@commercialacceptance.net | Oct 12 2023 18:31:00 | Commercial Acceptance Co, 2300 Gettysburg Rd, Ste 102, Camp Hill, PA 17011-7303 |
| 5096355 | ^ | MEBN | Oct 12 2023 18:31:17 | D&A Services, 1400 E Touchy Ave, Ste G2, Des Plaines, IL 60018-3338 |
| 5096356 | + | Email/Text: bknotice@ercbpo.com | Oct 12 2023 18:31:00 | ERC, P O Box 23870, Jacksonville, FL 32241-3870 |
| 5109996 | | Email/Text: EBNBKNOT@ford.com | Oct 12 2023 18:31:00 | Ford Motor Credit Company LLC, Dept. 55953, PO Box 55000, Detroit, MI. 48255-0953 |

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 5096357 | + | Email/Text: EBNBKNOT@ford.com | Oct 12 2023 18:31:00 | Ford Motor Credit, P O Box 542000, Omaha, NE 68154-8000 |
| 5096359 | + | Email/Text: bankruptcy@greenskycredit.com | Oct 12 2023 18:31:00 | Green Sky Loan Services, P O Box 935427, Atlanta, GA 31193-5427 |
| 5096360 | + | Email/Text: lyonsbe2@upmc.edu | Oct 12 2023 18:31:07 | Hanover Hospital, 300 Highland Ave, Hanover, PA 17331-2203 |
| 5108510 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 12 2023 18:40:17 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5096361 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 12 2023 18:40:08 | Merrick Bank, P O Box 1500, Draper, UT 84020-1127 |
| 5096362 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 12 2023 18:40:08 | Merrick Bank, P O Box 9201, Old Bethpage, NY 11804-9001 |
| 5096363 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 12 2023 18:31:00 | Midland Funding LLC, 2365 Northside Dr, Ste 300, San Diego, CA 92108-2710 |
| 5113707 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 12 2023 18:31:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 5096365 | | Email/Text: paparalegals@pandf.us | Oct 12 2023 18:31:00 | Patenaude & Felix APC, 213 E Main St, Carnegie, PA 15106 |
| 5096669 | + | EDI: RECOVERYCORP.COM | Oct 12 2023 22:36:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5096367 | | Email/Text: signed.order@pfwattorneys.com | Oct 12 2023 18:31:00 | Pressler and Pressler, 7 Entin Rd, Parsippany, NJ 07054 |
| 5114343 | | EDI: Q3G.COM | Oct 12 2023 22:36:00 | Quantum3 Group LLC as agent for, Second Round LP, PO Box 788, Kirkland, WA 98083-0788 |
| 5096372 | | EDI: AISSPRINT | Oct 12 2023 22:36:00 | Sprint, P O Box 4191, Carol Stream, IL 60197 |
| 5113742 | | EDI: AISSPRINT | Oct 12 2023 22:36:00 | Sprint Corp, Attention Bankruptcy, PO Box 7949, Overland Park, KS 66207-0949 |
| 5096374 | + | EDI: RMSC.COM | Oct 12 2023 22:36:00 | SYNCB/Amazon, PO Box 965060, Bankruptcy Dept, Orlando, FL 32896-5060 |
| 5096376 | + | EDI: RMSC.COM | Oct 12 2023 22:36:00 | SYNCB/Lowes, P O Box 965005, Orlando, FL 32896-5005 |
| 5096377 | + | EDI: RMSC.COM | Oct 12 2023 22:36:00 | SYNCB/PayPal, P O Box 965005, Orlando, FL 32896-5005 |
| 5096378 | + | EDI: RMSC.COM | Oct 12 2023 22:36:00 | SYNCB/Wolf Furniture, P O Box 96060, Bankruptcy Dept, Orlando, FL 32896-0001 |
| 5123503 | + | Email/Text: bncmail@w-legal.com | Oct 12 2023 18:31:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 5104884 | + | Email/Text: DeftBkr@santander.us | Oct 12 2023 18:31:00 | Santander Bank, N.A., 450 Penn Street, MC 10-421-MC3, Reading, PA 19602-1011 |
| 5096369 | + | EDI: CITICORP.COM | Oct 12 2023 22:36:00 | Sears, P O Box 6282, Sioux Falls, SD 57117-6282 |
| 5096370 | + | EDI: SECONDROUND.COM | Oct 12 2023 22:36:00 | Second Round LP, 4150 Freidrich Lane Ste I, Austin, TX 78744-1052 |
| 5096371 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 12 2023 18:31:00 | Select Portolio Servicing, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-0505 |
| 5096373 | + | EDI: CBSMASON | Oct 12 2023 22:36:00 | Stoneberry, P O Box 2820, Monroe, WI 53566-8020 |
| 5108814 | + | EDI: CBSMASON | Oct 12 2023 22:36:00 | Stoneberry, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5123504 | + | Email/Text: bncmail@w-legal.com | | |

|  |  |  |  |
|---|---|---|---|
|  |  | Oct 12 2023 18:31:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 5096379 | + EDI: WTRRNBANK.COM |  |  |
|  |  | Oct 12 2023 22:36:00 | TD Bank USA/Target Credit, P O Box 673, Minneapolis, MN 55440-0673 |
| 5096380 | + EDI: CITICORP.COM |  |  |
|  |  | Oct 12 2023 22:36:00 | THD/CBSD, P O Box 6497, Sioux Falls, SD 57117-6497 |
| 5123212 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com |  |  |
|  |  | Oct 12 2023 18:31:00 | U.S. Bank National Association, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 5096382 | + EDI: BLUESTEM |  |  |
|  |  | Oct 12 2023 22:36:00 | Webbank/Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5096364 | ##+ | North Shore Agency, 270 Spagnoli Rd, Ste 110, Melville, NY 11747-3515 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 14, 2023      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 12, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor U.S. Bank National Association as indenture trustee, for the CIM trust 2016-2, Mortgage-Backed Notes, Series 2016-2 bkgroup@kmllawgroup.com |
| Michael John Csonka | on behalf of Debtor 2 Anita M Blasser office@csonkalaw.com kwhitsel@csonkalaw.com;r48114@notify.bestcase.com;mcsonka@alifeafterdebt.com;kwhitsel@alifeafterdebt.com |
| Michael John Csonka | on behalf of Debtor 1 Chris Dean Blasser office@csonkalaw.com kwhitsel@csonkalaw.com;r48114@notify.bestcase.com;mcsonka@alifeafterdebt.com;kwhitsel@alifeafterdebt.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

| Information to identify the case: | | |
|---|---|---|
| Debtor 1: Chris Dean Blasser | | Social Security number or ITIN: xxx–xx–6874<br>EIN: __–_____ |
| Debtor 2 (Spouse, if filing): Anita M Blasser | | Social Security number or ITIN: xxx–xx–6331<br>EIN: __–_____ |
| United States Bankruptcy Court  Middle District of Pennsylvania | | |
| Case number: 1:18-bk-03405-HWV | | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Chris Dean Blasser            Anita M Blasser

10/12/23

**By the court:**  /s/ Henry W. Van Eck

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W  **Chapter 13 Discharge**  page 2